J-A21032-25

2025 PA Super 242

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
                        :       PENNSYLVANIA
                        :
          v.                  :
                        :
                        :
LUIS ANGEL ROSARIO           :
                        :
        Appellant          :     No. 1183 MDA 2024

Appeal from the Judgment of Sentence Entered July 19, 2024
In the Court of Common Pleas of Berks County Criminal Division at
No(s): CP-06-CR-0000925-2023

BEFORE: PANELLA, P.J.E., LANE, J., and STEVENS, P.J.E.[*]

CONCURRING OPINION BY LANE, J.:       **FILED OCTOBER 27, 2025**

I agree with the Majority's reasoning that Section 6106 is constitutional as applied to Appellant. Thus, I concur in the affirmance of Appellant's judgment of sentence. I write separately consistent with my dissent in ***Commonwealth v. Sumpter***, 340 A.3d 977 (Pa. Super. 2025), that neither ***New York State Rifle & Pistol Ass'n v. Bruen***, 597 U.S. 1 (2022), nor ***United States v. Rahimi***, 602 U.S. 680 (2024), stands for the proposition that individuals enjoy an unfettered constitutional right to carry firearms without ***any*** form of licensing.

P.J.E. Panella joins this Concurring Opinion.

---

[*] Former Justice specially assigned to the Superior Court.